# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130150(61)(62)

GEORGE H. GOLDSTONE,
        Plaintiff-Appellant,

v

                                SC: 130150
                                COA: 262831

BLOOMFIELD TOWNSHIP PUBLIC LIBRARY,      Oakland CC: 04-060611-CZ
        Defendant-Appellee.
_____

On order of the Chief Justice, the motion for temporary admission of Lee J. Strang for the purpose of submitting a brief *amicus curiae* is considered and it is GRANTED. The motion by Tom Downs and Milton E. Higgs for leave to file a brief *amicus curiae* is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2006

Clerk